IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

     Plaintiff,                        No. CIV S-05-0280 LKK CMK P

     vs.

J. YENTES, et al.,

     Defendants.               <u>ORDER</u>

_____/

        On March 10, 2005, the Magistrate Judge issued an order stating service is appropriate against three defendants and plaintiff lists several other defendants, but it is not clear how they are connected with any alleged civil rights violations.  On April 4, 2005, plaintiff filed a request for reconsideration of that order.  Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."  E.D. Local Rule 72-303(b).  Plaintiff's request for reconsideration of the magistrate judge's order of March 10, 2005 is therefore untimely.

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 4, 2005 request for
2  reconsideration is denied.
3  DATED: July 12, 2005.

   /s/Lawrence K. Karlton
   UNITED STATES DISTRICT JUDGE

/tuns0280.851