IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT TUNSTALL,** | No. CIV S-05-0280 LKK CMK P |
| Plaintiff, | |
| v. | |
| **J. YENTES, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' Yentes, Delahuerta and DonDiego's first request for an extension of time to serve Defendants' responses to Plaintiff's Discovery Requests, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including October 22, 2005, to complete and serve their responses to plaintiff's discovery requests.

September 26, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

Order

1