IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                            No. CIV S-05-0280 LKK CMK P

    vs.

J. YENTES, et al.,

        Defendants.              ORDER

_____/

        On September 27, 2005, plaintiff filed a "motion to compel discovery federal rule civil procedure 37(a)." That document was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's September 27, 2005
2   "motion to compel discovery federal rule civil procedure 37(a)" is denied without prejudice.
3   Plaintiff is cautioned that failure to properly serve any documents subsequently filed in this
4   action, and failure to include a proper certificate of service with such filing, may result in a
5   recommendation that this action be dismissed.

7   DATED: October 5, 2005.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE