IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ROBERT TUNSTALL,**

                                        Plaintiff,

          v.

**J. YENTES, et al.,**

                                        Defendants.

NO. CIV S-05-0280 LKK CMK P

**ORDER**

The Court, having considered defendants' second request for an extension of time to serve defendants' responses to plaintiff's discovery requests, and good cause having been found:

IT IS SO ORDERED.  Defendants shall be granted an extension of time, to and including November 11, 2005, to serve their responses to plaintiff's discovery requests.

October 26, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1