IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT TUNSTALL,** | CIV S-05-0280 LKK CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. YENTES, et al.,** | |
| Defendants. | |

On December 21, 2005, defendants requested an extension of time, to and including January 23, 2006, to file their motion for summary judgment. Good cause appearing, defendants' request is granted.

January 4, 2006

                                  /s/   **CRAIG M. KELLISON**
                                  Craig M. Kellison
                                  UNITED STATES MAGISTRATE JUDGE

[Proposed] Order