IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT TUNSTALL,** | CIV S-05-0280 LKK CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. YENTES, et al.,** | |
| Defendants. | |

On January 23, 2006, defendants requested an extension of time, to and including February 22, 2006, to file their motion for summary judgment. Good cause appearing, defendants' request is granted.

January 25, 2006

                              /s/   **CRAIG M. KELLISON**
                              Craig M. Kellison
                              UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1