IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUNSTALL,<br><br>                            Plaintiff,<br><br>     v.<br><br>J. YENTES, et al.,<br><br>                            Defendants. | CIV S-05-0280 LKK CMK P<br><br>**ORDER** |

On Febraury 22, 2006, defendants requested an extension of time, to and including February 23, 2006, to file their motion for summary judgment. Good cause appearing, defendants' request is granted. In light of the forthcoming motion for summary judgment, the pretrial conference set for April 14, 2006 and the trial scheduled for July 5, 2006 are vacated.

IT IS ORDERED that:

1. Defendants' request for an extension of time to, and including February 23, 2006, to file their motion for summary judgement is granted; and

2. The pretrial conference set for April 14, 2006 and the trial scheduled for July 5, 2006 are vacated.

DATED: February 23, 2006.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1