IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

    Plaintiff,                    No. CIV S-05-0280 LKK CMK P

    vs.

J. YENTES, et al.,

    Defendants.

_____/       <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On March 13, 2006, plaintiff filed a "Motion of Non-Service and Request for Extension of Time to Oppose Motion for Summary Judgment[1]." (Doc. 45.)

        Defendants' February 23, 2006 motion for summary judgement has a certificate of service attached, which indicates that the motion was served on plaintiff via United States mail. Accordingly, the court concludes that the defendants' motion for summary judgment was properly served on plaintiff.

---

[1] Although the motion was received by the court on March 13, 2006, the date on the motion indicates that plaintiff signed it on February 7, 2006. As plaintiff makes reference to the court's February 23, 2006 order granting defendants an extension of time to file their motion for summary judgment, the court assumes that plaintiff intended the signature date to be March 7, 2006.

1  In support of his request for a thirty day extension of time to reply to defendants'
2 motion, plaintiff states that he has limited access to the law library.
3  Good cause appearing, IT IS ORDERED THAT plaintiff is granted an extension of
4 thirty days from the date that this order is filed to reply to defendants' motion for summary
5 judgment.

7 DATED:  March 16, 2006.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE