1
2
3
4
5
6
7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT TUNSTALL,

11              Plaintiff,                    No. CIV S-05-0280 LKK CMK P

12        vs.

13   J. VENTES, et al.,

14              Defendants.

15   _____/            ORDER

16              Plaintiff is proceeding without counsel in this civil right action.  On August 15,

17   2006, plaintiff's wife, Mary Tunstall, filed a letter in this action asking that the court stay this

18   case until plaintiff's legal materials are returned to him.  Ms. Tunstall represented that plaintiff

19   had been placed in administrative segregation in mid-July and, since then, had not had access to

20   any of his legal materials, despite repeated requests.  In the alternative, Ms. Tunstall requested

21   that the court order prison officials to immediately provide plaintiff with all of his legal materials

22   relating to the above captioned action.

23              On September 6, 2006, an individual filed a letter in this action, apparently on

24   behalf of plaintiff and his wife, claiming that plaintiff is in admistrative segregation, without

25   necessary medication, and separated from necessary legal materials.  The request to stay this

26   action is renewed in the September 6, 2006 letter.

1          Good cause appearing, IT IS ORDERED that defendants are directed to respond to

2    the contentions in the September 6, 2006 letter regarding the conditions of plaintiff's

3    confinement.  Defendants must file their response within ten days from the date this order is filed.

4

5    DATED:   September 25, 2006.

6

7                                              _____

                                       **CRAIG M. KELLISON**

8                                            UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26