IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                    No. CIV S-05-0280 LKK CMK P

      vs.

J. YENTES, et al.,

        Defendants.

_____/       <u>ORDER</u>

        On August 15, 2006, plaintiff's wife, filed a letter with the court asking that this case be stayed because plaintiff was in administrative segregation.  The letter alleged that plaintiff was being denied access to his legal materials and that he was being denied necessary medications, causing his health to deteriorate.  On September 6, 2006 a third party, Carl McQuillen, filed a motion with the court claiming that plaintiff was being denied necessary medications.  Mr. McQuillen is not an attorney.  Although third party requests are not valid legal filings under Rule 11, the court, in an abundance of caution, filed an order on September 25, 2006, ordering defendants to respond to the allegations in the third party letters.  On October 10, 2006, the defendants filed a response.

///

///

1       In their response, defendants aver that plaintiff is receiving proper medical care
2 despite being housed in administrative segregation for disciplinary violations.  Defendants have
3 also provided the court with copies of plaintiff's relevant medical records.  Defendants also aver
4 that plaintiff has access to his legal materials; they have provided evidence that plaintiff signed a
5 receipt indicating that he received various legal materials on August 30, 2006.  They have also
6 provided evidence that plaintiff was granted access to the law library.
7       The court is satisfied that plaintiff is receiving proper medical care and has access
8 to his legal materials.
9       In light of the foregoing and in light of the requirement of Federal Rule of Civil
10 Procedure 11(a) that, if a person is not represented by an attorney, all motions be signed by the
11 party, IT IS ORDERED THAT the third party letters (docs 51 and 52) are disregarded.

13 DATED:  October 27, 2006.

                                          */s/ Craig M. Kellison*
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

2