IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,  No. CIV S-05-0280 LKK CMK P

    vs.

J. YENTES, et al.,

        Defendants.

_____/  <u>ORDER</u>

        By order filed September 28, 2006, the district judge adopted the magistrate judge's Findings and Recommendations in part, but declined to adopt the recommendation granting summary judgment on the due process claim. This case was remanded to the magistrate judge for further proceedings consistent with this order.

        In light of the September 28, 2006 order, the court will grant the parties the opportunity to present additional briefing, limited to the following issue: whether plaintiff would have been subject to discipline even if it were clearly established that he was experiencing an actual seizure at the time of his disruptive behavior.

///

///

///

IT IS ORDERED:

1. Within sixty days the parties may file additional briefing on the above mentioned issue.

2. Responses to any additional briefing shall be filed within fifteen days of the date the additional briefing is filed.

DATED: November 20, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE