IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                No. CIV S-05-0280 LKK CMK P

    vs.

J. YENTES, et al.,

        Defendants.

_____/        <u>ORDER</u>

        Recently, plaintiff's wife and a third party have filed requests purportedly on behalf of plaintiff in this court. The third party requests also alleged that plaintiff was being denied his legal materials and necessary medications. Out of an abundance of caution, the court ordered the defendants to respond to the to third party contentions. Defendants' response satisfied the court that plaintiff is receiving proper medical care and has access to his legal materials; therefore, the court ordered that the third party letters be disregard.

        Plaintiff has now filed a very large (over 200 pages) response to the court's order, which order defendants to respond to the third party letters. The response contains, among other things, copies of recent prison grievance forms filed by plaintiff and letters written by plaintiff's wife to various officials to complain about prison conditions. Plaintiff's filings are not responsive to any court order. Plaintiff is notified that the court is not a repository for evidence concerning issues not relevant to this case. Plaintiff is notified that no further responses to the

1 court's September 26, 2006 order are necessary.  The clerk will be ordered to strike plaintiff's
2 November 15, 2006 filing.
3         IT IS ORDERED that
4         1.  Plaintiff's November 15, 2006 filing (doc. 59) is stricken from the record.
5         2.  Plaintiff shall not file any additional responses to the court's September 26,
6 2006 order.

8 DATED: November 28, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE