IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

       Plaintiff,               No. CIV S-05-0280 LKK CMK P

   vs.

J. YENTES, et al.,

       Defendants.        <u>ORDER</u>

_____/

       Plaintiff has filed two motions requesting the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motions for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's November 29, 2006

2    (doc. 62) and December 7, 2006 (doc. 63) motions for the appointment of counsel are denied.

3

4    DATED:   December 12, 2006.

5

6                                                                   

7                   **CRAIG M. KELLISON**

               UNITED STATES MAGISTRATE JUDGE

8    /mp

    tuns 05cv0280.31(2)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26