IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

      Plaintiff,                           No. CIV S-05-0280 LKK CMK P

    vs.

J. YENTES, et al.,

      Defendants.                      <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On December 21, 2006, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on December 30, 2005, November 29, 2006 and December 7, 2006. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's December 21, 2006 request for appointment of counsel is denied.

DATED: January 3, 2007.

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE