IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

    Plaintiff,                    No. CIV S-05-0280 LKK CMK P

    vs.

J. YENTES, et al.,

    Defendants.              ORDER

_____/

        On December 12, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 29, 2006, striking plaintiff's response (doc.59). Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 29, 2006, is affirmed.

DATED:  January 16, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT