IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT TUNSTALL,** | 2:05-cv-0280 LKK CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. YENTES, et al.,** | |
| Defendants. | |

On January 23, 2007, defendants sought an extension of time of 5 court-days, to including January 30, 2007, to file a response to the court's order issued November 21, 2006. Good cause appearing, defendants' request is granted.

DATED: January 24, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1