IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                    No. CIV S-05-0280 LKK CMK P

   vs.

J. YENTES, et al.,

        Defendants.         <u>ORDER</u>

        Plaintiff has requested an extension of time to file and serve a reply to defendants' February 2, 2007 response to the court's November 21, 2006 order. The court's November 21, 2006 order provided that the parties could file additional briefing in sixty days and that responses to any additional briefing were due within fifteen days from the date the additional briefing was filed. After receiving an extension of time, defendants filed additional briefing pursuant to the court's order on February 2, 2006. This allowed plaintiff until February 19, 2007 to file a response.

        On February 22, 2007, the court filed findings and recommendations recommending that defendants' motion for summary judgment be granted. On February 23, 2007, plaintiff filed a request for an extension of time based on the fact that he is allowed only one day a week in the law library. The local rules provide that a litigant must seek an extension

1 of time as soon as he knows that he will need one.  Plaintiff has arguably known for quite some
2 about his limitations with regard to law library time and could have notified the court at the time
3 that the court set the response schedule that he would need additional time to respond.  Instead, a
4 review of plaintiff's motion reveals that he signed the motion on February 17, 2007, exactly
5 fifteen days after defendants filed their additional briefing.
6 　　　　The court is cognizant of the problems with the prison mail system and the prison
7 "mailbox rule."  However, in this instance the court cannot find that the situation warrants
8 granting an extension of time for plaintiff to respond.  Plaintiff instead may include his responses
9 to the defendants filings in his objections to the court's February 22, 2007 findings and
10 recommendations.
11 　　　　IT IS ORDERED that plaintiff's request for an extension of time is denied.

13 DATED:  March 2, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE