IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                    No. CIV S-05-0280 LKK CMK P

    vs.

J. YENTES, et al.,                  Order That Appeal Is Not

        Defendants.            Taken In Good Faith

                                     /

        Plaintiff brought this civil rights suit against defendants alleging violation of the Eighth and Fourteenth Amendments.  Plaintiff's claim stem from an incident in October 2003, when plaintiff visited his prison medical clinic and reported that he was having a seizure.  After examination, defendants concluded that plaintiff was not about to have a seizure--there was no objective medical evidence indicating seizure activity.  Plaintiff returned to his room, where he reportedly suffered a seizure.  Defendants were called to assist plaintiff; they had to stop assisting another inmate to come see about plaintiff.  Once defendants arrived in plaintiff's room, they found no evidence that plaintiff has suffered a seizure.  Defendants wrote plaintiff up and he was assessed an administrative rules violation.

///

///

1

1   On September 28, 2007, the district judge adopted the magistrate judge's recommendation to
2 grant summary judgment on plaintiff's Eighth Amendment claim, but declined to adopt the
3 recommendation granting summary judgment on plaintiff's Fourteenth Amendment Due Process
4 Claims.  Neither plaintiff nor defendants appealed the September 28, 2007 judgment order.
5          On February 26, 2007, the magistrate judge issued findings and recommendations
6 recommending that summary judgment be granted on plaintiff's Fourteenth Amendment Due
7 Process.  The magistrate judge based his recommendation on the fact that plaintiff was assessed
8 an administrative rules violation as a result defendants believing that he falsely reported having a
9 seizure.  Administrative rule violations do not affect good time credits and are not considered in
10 parole hearings; therefore, prisoners are not entitled to all the due process rights set forth in
11 Wolff v. McConnell, 418 U.S. 539, 556 (1974) because these due process rights apply only to
12 prisoners accused of serious rules violations. On March 30, 2007, the district judge adopted the
13 recommendation that summary judgement be granted on plaintiff's Fourteenth Amendment
14 Claim.
15          On March 17, 2007, plaintiff appealed the March 30, 2007 order adopting the
16 findings and recommendations and the judgement.  The court concludes that this appeal is not
17 taken in good faith because the undisputed facts demonstrate that plaintiff was not entitled to the
18 due process rights set forth in Wolff.   Plaintiff has made no showing that his due process rights
19 were violated.
20          Therefore, the court finds that this appeal is not taken in good faith.
21          IT IS SO ORDERED.
22          DATED: May 16, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2